# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | )
--- | ---
Carroll Luther Lanham | )
*Plaintiff* | )
v. | ) Civil Action No. 6:09-479-HFF
| )
McMillan-Carter Inc | )
*Defendant* | )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus postjudgment interest at the rate of %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

■ other: This action is dismissed with prejudice .

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

■ decided by Judge Henry F. Floyd on a motion to show cause and report and recommendation.

.

Larry W. Propes

Date: October 28, 2009     *CLERK OF COURT*


           s/Angela Lewis

           *Signature of Clerk or Deputy Clerk*